IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR19 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Gregory Dreher | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Jill M. Abrahamson, as a Criminal Justice Act Training Panel Member, to assist in the defense of Gregory Dreher.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Jill M. Abrahamson is hereby assigned to assist the AFPD Richard H. McWilliams in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Jill M. Abrahamson shall not be eligible to receive compensation for her services in this case.

AFPD Richard H. McWilliams shall continue to be primary counsel on behalf of the Defendant, Gregory Dreher.

Dated this 18th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge